**McBREEN & KOPKO**
500 North Broadway, Suite 129
Jericho, New York 11753
Tel: (516) 364-1095
Fax: (516) 364-0612
11-3540090

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**
-------------------------------------------------------X
In re:

SCOTT A. LAKE,

            Debtor.

-------------------------------------------------------X
SCOTT A. LAKE,

           Plaintiff,

-against-

JAMES A. DITANNA d/b/a American Financial
International Group, and "JOHN DOES 1-10",
"MARY DOES 1-10", "ABC PARTNERSHIPS 1-10"
AND/OR "XYZ CORPORATIONS 1-10"
(the last four names being names unknown to Plaintiff,
and are intended to be any other parties who are
transferors, transferees or beneficiaries of any of the
conveyed assets described in the Complaint, and who
gave no, or less than fair, consideration for such assets),

           Defendants.
-------------------------------------------------------X

Chapter 11
Case No.: 8-09-71355-ast

Adv. Proc. Case No.: 09-08199-ast

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK   )
                                 )ss:
COUNTY OF NASSAU    )

      JENNIFER WALSH, being duly sworn, deposes and says:

      I am not a party to the action, am over 18 years of age and reside in Bethpage, New York.

On May 22, 2009, I served the within Summons and Complaint upon John Heskett, Esq., Heskett & Heskett, 501 South Johnstone, Suite 501, Bartlesville, Oklahoma 74003, by depositing a true copy in a postage paid, properly addressed envelope by depositing a true copy thereof, enclosed in a wrapper addressed as shown above, in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State.

*Jennifer Walsh*

Sworn to before me this
22nd day of May, 2009

*Tammy L. Card*
Notary Public

TAMMY L. CARD
Notary Public, State of New York
No. 01CA6146927
Qualified in Nassau County
Commission Expires May 30, 20 10