**McBREEN & KOPKO**
500 North Broadway, Suite 129
Jericho, New York 11753
Tel: (516) 364-1095
Fax: (516) 364-0612
11-3540090

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

---------------------------------------------------------------X

In re:

SCOTT A. LAKE,

                Debtor.

Chapter 11
Case No.: 8-09-71355-ast

---------------------------------------------------------------X

SCOTT A. LAKE,

                Plaintiff,

     -against-

Adv. Proc. Case No.: 09-08199-ast

JAMES A. DITANNA d/b/a American Financial
International Group, and "JOHN DOES 1-10",
"MARY DOES 1-10", "ABC PARTNERSHIPS 1-10"
AND/OR "XYZ CORPORATIONS 1-10"
(the last four names being names unknown to Plaintiff,
and are intended to be any other parties who are
transferors, transferees or beneficiaries of any of the
conveyed assets described in the Complaint, and who
gave no, or less than fair, consideration for such assets),

                Defendants.

---------------------------------------------------------------X

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                         )ss:
COUNTY OF NASSAU    )

      JENNIFER WALSH, being duly sworn, deposes and says:

      I am not a party to the action, am over 18 years of age and reside in Merrick, New York.

On September 24, 2009, I served the within Supplemental Summons and Complaint in Adversary Proceeding upon James A. Ditanna, 2 Gold Street, PH-13, New York, New York 10038 and 10 Liberty Street, Apt. 28-A, New York, New York 10005 by depositing a true copy in a postage paid, properly addressed envelope by depositing a true copy thereof, enclosed in a wrapper addressed as shown above, in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State.

/s/ Jennifer Walsh
Jennifer Walsh

Sworn to before me this
24th day of September, 2009

/s/ Tammy L. Card
Notary Public

Tammy L. Card
Notary Public, State of New York
No. 01CA6146927
Qualified in Nassau County
Commission Expires May 30, 2010